YAMPOLSKY & MARGOLIS
MACE J. YAMPOLSKY, ESQ.
Nevada Bar No. 001945
JASON R. MARGOLIS, ESQ.
Nevada Bar No. 012439
625 S. Sixth Street
Las Vegas, Nevada 89101
(702) 385-9777;  Fax No. (702) 385-3001
*Attorney for Defendant*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No.    2:21-cr-00167-RFB-NJK |
| Plaintiff, | ) | |
| vs. | ) | **STIPULATION TO CONTINUE SENTENCING** |
| KAREN ARCOTTA, | ) | **(First Request)** |
| Defendants. | ) | |

It is hereby stipulated and agreed, by and between Christopher Chiou, Acting United States Attorney; by and through Peter S. Levitt, Assistant United States Attorney, counsel for the United States of America and Mace J. Yampolsky, Esq., counsel for Defendant Karen Arcotta, that the sentencing in this matter scheduled in this matter for October 21, 2021, be vacated and continued for a period of not less than 120 days. This stipulation is entered into for the following reasons:

1. On June 22, 2021, the Defendant pled guilty to Counts 1 and 2 of the Criminal Information, and she is currently scheduled to be sentenced on October 21, 2021;

2. The parties agree to the continuance;

3. Defendant is not in custody and does not object to the continuance;

4. The parties are continuing to work on, and gather materials relating to sentencing;

- 1 -

5. This is the first request for a continuance.

DATED this 13th day of September, 2021.

        CHRISTOPHER CHIOU, Acting United States Attorney

        */s/ Peter S. Levitt*
        PETER S. LEVITT
        Assistant United States Attorney

        */s/ Mace J. Yampolsky*
        MACE J. YAMPOLSKY, ESQ.
        Counsel for Defendant

## **ORDER**

Based upon the foregoing, and good cause appearing; it is hereby ordered the sentencing in the above-captioned matter currently scheduled for October 21, 2021 be vacated and continued until February 22, 2022 at the hour of 9:00 AM by videoconference.

DATED: September 20, 2021.

        _____
        RICHARD F. BOULWARE, II
        UNITED SATES DISTRICT JUDGE