1  YAMPOLSKY & MARGOLIS
   MACE J. YAMPOLSKY, ESQ.
2  Nevada Bar No. 001945
   JASON R. MARGOLIS, ESQ.
3  Nevada Bar No. 012439
   625 S. Sixth Street
4  Las Vegas, Nevada 89101
   (702) 385-9777;  Fax No. (702) 385-3001
5   Attorney for Defendant

6                       UNITED STATES DISTRICT COURT

7                          DISTRICT OF NEVADA

8  UNITED STATES OF AMERICA           )      Case No.      2:21-cr-00167-RFB-NJK
                                      )
9              Plaintiff,             )
                                      )
10 vs.                                )      **STIPULATION TO CONTINUE**
                                      )      **SENTENCING**
11 KAREN ARCOTTA,                     )
                                      )      **(Third Request)**
12             Defendant.             )
                                      )
13 _____    )

14        It is hereby stipulated and agreed, by and between Jason M. Frierson, United States Attorney; by

15 and through Peter S. Levitt, Assistant United States Attorney, counsel for the United States of America and

16 Mace J. Yampolsky, Esq., counsel for Defendant Karen Arcotta, that the sentencing in this matter

17 scheduled in this matter for June 27, 2022, be vacated and continued for a period of thirty days.  This

18 stipulation is entered into for the following reasons:

19        1.     On June 22, 2021, the Defendant pled guilty to Counts 1 and 2 of the Criminal Information,

20               and she is currently scheduled to be sentenced on June 27, 2022;

21        2.     The parties agree to the continuance;

22        3.     Defendant is not in custody and does not object to the continuance;

23        4.     Counsel for the Defendant will be out of the jurisdiction from June 8, 2022 through June

24               28, 2022.

25 ///

26 ///

27 ///

28 ///

                                              1

5.      This is the third request for a continuance.

DATED this 3rd day of June, 2022.

JASON M. FRIERSON,  United States Attorney

/s/  *Peter S. Levitt*
PETER S. LEVITT
Assistant United States Attorney

/s/  *Mace J. Yampolsky, Esq.*
MACE J. YAMPOLSKY, ESQ.
Counsel for Defendant

ORDER

Based upon the foregoing, and good cause appearing; it is hereby ordered the sentencing in the above-captioned matter currently scheduled for June 27, 2022, be vacated and  continued for thirty days, and shall be heard on   August 1, 2022 at 11:00 AM in.LV Courtroom 7C.

RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

DATED: June 3, 2022.

2