1  YAMPOLSKY & MARGOLIS
   MACE J. YAMPOLSKY, ESQ.
2  Nevada Bar No. 001945
   JASON R. MARGOLIS, ESQ.
3  Nevada Bar No. 012439
   625 S. Sixth Street
4  Las Vegas, Nevada 89101
   (702) 385-9777; Fax No. (702) 385-3001
5  Attorney for Defendant

6                    UNITED STATES DISTRICT COURT

7                         DISTRICT OF NEVADA

8  UNITED STATES OF AMERICA        )    Case No.    2:21-cr-00167-RFB-NJK
                                   )
9            Plaintiff,            )
                                   )
10 vs.                             )    **STIPULATION TO CONTINUE**
                                   )    **SENTENCING**
11 KAREN ARCOTTA,                  )
                                   )    **(Fourth Request)**
12           Defendant.            )
                                   )

13

14        It is hereby stipulated and agreed, by and between Jason M. Frierson, United States Attorney; by
15 and through Peter S. Levitt, Assistant United States Attorney, counsel for the United States of America and
16 Mace J. Yampolsky, Esq., counsel for Defendant Karen Arcotta, that the sentencing in this matter
17 scheduled in this matter for August 22, 2022, be vacated and continued for a period of no less than sixty
18 days. This stipulation is entered into for the following reasons:

19    1.   On June 22, 2021, the Defendant pied guilty to Counts 1 and 2 of the Criminal Information,
20         and she is currently scheduled to be sentenced on August 22, 2022;
21    2.   The parties agree to the continuance;
22    3.   Defendant is not in custody and does not object to the continuance;
23    4.   **Counsel for the Defendant has a Domestic Violence Trial that morning.**
24    5.   **Counsel received the Presentence Report the morning of August 17, 2022.**

25 *Ill*
26 *Ill*
27 *Ill*
28 *Ill*

6. **This is the fourth request for a continuance.**

DATED this 17th day of August, 2022.

        **JASON M. FRIERSON, United States Attorney**

        *Isl  Peter S Levitt*
        **PETER S. LEVITT**
        **Assistant United States Attorney**

        *Isl  Mace J. Yampolsky. Esq.*
        **MACE J. YAMPOLSKY, ESQ.**
        **Counsel for Defendant**

## ORDER

Based upon the foregoing, and good cause appearing; it is hereby ordered the sentencing in the above-captioned matter currently scheduled for August 22, 2022, be vacated and continued for no less than sixty days, and shall be heard on __January 5, 2023 at 9:00 AM__ in LV Courtroom 7C.

_____
RICHARD F. BOULWARE, II
United States District Judge

DATED: August 17, 2022.