```
YAMPOLSKY & MARGOLIS
MACE J. YAMPOLSKY, ESQ.
Nevada Bar No. 001945
JASON R. MARGOLIS, ESQ.
Nevada Bar No. 012439
625 S. Sixth Street
Las Vegas, Nevada 89101
(702) 385-9777; Fax No. (702) 385-3001
Attorney for Defendant
```

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No.   2:21-cr-00167-RFB-NJK |
| Plaintiff, ) | |
| vs. ) | **MOTION FOR THE RETURN OF DEFENDANT'S PASSPORT** |
| KAREN ARCOTTA, ) | |
| Defendant. ) | |

COMES NOW the Defendant Karen Arcotta, by and through her undersigned counsel, and hereby moves this Court for the return of her passport.

On January 13, 2023, a Judgment was entered whereby Defendant pled guilty to two counts of the Criminal Information, and was sentenced to 5 years probation per counts one and two, to run concurrently to one another.

The Defendant is now seeking the return of her passport. The Defendant has spoken to both her Pre-Trial Officer, Jennifer Simpson and her Post-Trial Officer, Anis Sones, and neither have an objection to the return of the passport.

///
////
////
////
////
////
////

1

Based upon the foregoing, it is respectfully requested that this Court enter and Order for the return of Karen Arcotta's passport.

DATED this 1ˢᵗ day of March, 2023.

/s/ *Mace J. Yampolsky, Esq.*
MACE J. YAMPOLSKY, ESQ.
Counsel for Defendant

## ORDER

IT T IS THEREFORE ORDERED that Defendant Karen Arcotta's passport shall be returned to her.

DATED: March 6, 2023.

_____
RICHARD F. BOULWARE, II
United States District Judge